# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

FILED
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA<br>V.<br><br>**GERARDO ELOY GONZALEZ, JR.**<br><br>(Name and Address of Defendant) | SUMMONS IN A CRIMINAL CASE<br><br>Case Number: CR-05-00039-001 |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Room<br>**413**<br><br>Date and Time<br>**Friday, May 27, 2005 at 10:00 a.m.** |
|---|---|

To answer a(n)
X  Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

21:952(a), 960(a)(1), (b)(1)(H) & 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)

18:1956(a)(1)(B)(I), 1956(h) - MONEY LAUNDERING CONSPIRACY (COUNT 4)

*ORIGINAL*

| **MARILYN B. ALCON, Deputy Clerk**<br>Name and Title of Issuing Officer | *Marilyn B. Alcon*<br>Signature of Issuing Officer |
|---|---|
| **May 25, 2005**<br>Date | |

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]  John Ducensz  Date 5/25/2005

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: SERVED TO DEFENDANTS ATTORNEY

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  5-21-05
            Date

J.L.A. Sacas
Name of United States Marshal

Franklin J. McMane  S/DUSM
(by) Deputy United States Marshal

Remarks: Attorney Cynthia Eckrip

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.