AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

SEAN MICHAEL COLE aka
SHAWN COLE

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR-05-00039-004

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Date and Time<br>Friday, May 27, 2005 at 10:00 a.m. |

To answer a(n)
X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

21:952(a), 960(a)(1), (b)(1)(H) & 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT 1)

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)

21:841(a)(1), (b)(1)(A)(viii) & 846 - ATTEMPTED POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT 3)

18:1956(a)(1)(B)(I), 1956(h) - MONEY LAUNDERING CONSPIRACY (COUNT 4)

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

_Signature of Issuing Officer_

**May 25, 2005**
Date

## RETURN OF SERVICE

Service was made by me on:[1]  John Dunas  Date 5/25/2005

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: SERVED TO DEFENDANTS ATTORNEY

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  5·27·05
Date

J.-L. G. SALAS
Name of United States Marshal

S/DUSM FRANKLIN S. TAITAGUE
(by) Deputy United States Marshal

Remarks: Attorney Cumfis Van De veld

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.