AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM



**FILED**
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| V. | |
| **GILBERT JOSE MATTA** | Case Number: **CR-05-00039-005** |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before:  HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Friday, May 27, 2005 at 10:00 a.m. |

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

21:841(a)(1), (b)(1)(A)(viii) & 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT 2)

**ORIGINAL**

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**May 25, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]  John McEnry   Date 5/25/2005

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: SERVED TO DEFENDANTS ATTORNEY

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  5-27-05                           J.L.R. SALAS
             Date                              Name of United States Marshal

                                               s/DUSM FRANKLIN J. TAIMAGUE
                                               (by) Deputy United States Marshal

Remarks:

Attorney Louie Yanza.

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.