| | | | | | |
|---|---|---|---|---|---|
| 1. CIR./DIST./DIV. CODE<br>GUX | 2. PERSON REPRESENTED<br>GONZALEZ, GERARDO ELOY, JR. | | | | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER<br>1:05-000025-002 | 4. DIST. DKT./DEF. NUMBER<br>1:05-000039-001 | | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. GONZALEZ | 8. PAYMENT CATEGORY<br>Felony | | 9. TYPE PERSON REPRESENTED<br>Adult Defendant | | 10. REPRESENTATION TYPE (See Instructions)<br>Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense
1) 21 846=CD.F -- CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

**FILED**
**DISTRICT COURT OF GUAM**
**MAY 31 2005**
**MARY L.M. MORAN**
**CLERK OF COURT**

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
ECUBE, CYNTHIA V.
207 Martyr Street, Suite 3
Hagatna GU 96910

Telephone Number: (671) 472-8889

13. COURT ORDER
[X] O Appointing Counsel    [ ] C Co-Counsel
[ ] F Subs For Federal Defender   [ ] R Subs For Retained Attorney
[ ] P Subs For Panel Attorney    [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

[X] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or
[ ] Other (See Instructions)

Leilani R. Toves Hernandez  /s/ R. Hernandez  05/27/2005
By Order of the Court
Date of Order: 05/18/05   Nunc Pro Tunc Date: 05/17/05

Repayment or partial repayment ordered from the person represented for this service at time of appointment.  [ ] YES  [ ] NO

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)
ACKNOWLEDGED RECEIPT
Joint 5/31/05
By: (signature)
Date: 5/31/05

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ ) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ ) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM _____ TO _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS  [ ] Final Payment  [ ] Interim Payment Number _____  [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  [ ] YES  [ ] NO  If yes, were you paid?  [ ] YES  [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  [ ] YES  [ ] NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____   Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |