| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| GUX | MORALES, JOANNA INGRID | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 1:05-000027-001 | 1:05-000039-003 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. MORALES | Felony | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)** If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=CD.F -- CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS

Teker, Samuel S.
TEKER TORRES AND TEKER PC
130 ASPINALL AVENUE
SUITE 2A
HAGATNA GU 96910

*Token ACKNOWLEDGED RECEIPT 3/31/05*
*By:*
*Date: 5/31/05*

Telephone Number: (671) 477-9891

**13. COURT ORDER**
- [X] O Appointing Counsel
- [ ] C Co-Counsel
- [ ] F Subs For Federal Defender
- [ ] R Subs For Retained Attorney
- [ ] P Subs For Panel Attorney
- [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

[X] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
or
- [ ] Other (See Instructions)

*Leilani R. Toves Hernandez* 05/27/2005
Signature of Presiding Judicial Officer or By Order of the Court
05/19/05                          05/18/05
Date of Order                     Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment.  [ ] YES  [ ] NO

**14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)**

Teker Civille Torres Tang, PLLC
330 HERNAN CORTES AVENUE
SUITE 200
HAGATNA GU 96910

FILED
DISTRICT COURT OF GUAM
MAY 3 1 2005
MARY L.M. MORAN
CLERK OF COURT

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| In Court | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ ___ ) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ ___ ) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | | | | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
FROM _____ TO _____

**20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**21. CASE DISPOSITION**

**22. CLAIM STATUS**  [ ] Final Payment  [ ] Interim Payment Number ___  [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  [ ] YES  [ ] NO  If yes, were you paid?  [ ] YES  [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  [ ] YES  [ ] NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____  Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|---|---|
| | | | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |
|---|---|---|---|---|
| | | | | |