IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
(SEALED)

**CASE NO. CR-05-00039-003**     **DATE: 06/14/2005**     **TIME: 2:51 p.m.**

**HON. RICARDO S. MARTINEZ, Designated Judge, Presiding**     Law Clerk: NONE PRESENT
Court Reporter: Wanda M. Miles     Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:51:07 - 3:13:32     CSO: B. Pereda / D. Quinata

**APPEARANCES**

**DEFT: DEANNA INGRID MORALES aka     ATTY: SAMUEL TEKER**
**DEANNA MORALES GUERRERO**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID     AGENT: ERWIN FEJERAN, IMMIGRATION AND CUSTOMS ENFORCEMENT

U.S. PROBATION: ROBERT CARREON     U.S. MARSHAL: S. LUJAN

INTERPRETER:_____     ( ) SWORN     LANGUAGE:_____
( ) PREVIOUSLY SWORN

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: 38     HIGH SCHOOL COMPLETED: High School Graduate
( ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: COUNT II - CONSPIRACY TO DISTRIBUTE MORE THAN 100 GRAMS OF METHAMPPHETAMINE HYDROCHLORIDE
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: SEPTEMBER 9, 2005 at 10:00 A.M. ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: AUGUST 5, 2005
( ) PRELIMINARY EXAMINATION SET FOR:_____
( ) ARRAIGNMENT SET FOR:_____ at _____
( ) TRIAL SET FOR:_____

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

NOTES:

Courtroom Deputy: _____