CR-05-00039
UNITED STATES OF AMERICA
vs.
GERARDO ELOY GONZALEZ, JR., et al.

DOC#40

(Document not available for viewing pursuant to General Order 05-0001)