IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**(SEALED)**

FILED
DISTRICT COURT OF GUAM
JUL -1 2005
MARY L.M. MORAN
CLERK OF COURT

| | | |
|---|---|---|
| **CASE NO. 05-00039-004** | **DATE: 07/01/2005** | **TIME: 2:17 p.m.** |

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**
Court Reporter: Wanda M. Miles
Hearing Electronically Recorded: 2:17:40 - 2:39:47

Law Clerk: Judith Hattori
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Pereda

**************************APPEARANCES**************************

**DEFT: SEAN MICHAEL COLE aka SHAWN COLE**   **ATTY: HOWARD TRAPP**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.
( X ) PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** KARON JOHNSON for MARVIC DAVID       **AGENT:**

**U.S. PROBATION:** STEVE GUILLIOT       **U.S. MARSHAL:** J. CURRY / F. TAITAGUE

**PROCEEDINGS:**       **MOTION FOR CONTINUANCE OF TRIAL**

( X ) MOTION(s) ARGUED BY   ( ) GOVERNMENT   ( X ) DEFENDANT(s)
( X ) MOTION(s)   _X_ Granted   ___ Denied   ___ Withdrawn   ___ Under Advisement
( X ) ORDER SUBMITTED  _X_ Approved   ___ Disapproved
( ) ORDER to prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**
Mr. Trapp argued his motion and requested for the Court to look into the issues regarding Post 6 at the Department of Corrections. The Court stated that it will look into the matter when he returns from off-island. Government had no objection to the motion.

The Court Granted the Motion for Continuance of Trial and stated that the Ends of Justice in granting the continuance outweighs the best interest of the public and defendant in a Speedy Trial.
Trial is continued to August 30, 2005 at 9:00 a.m. before Judge Otero. PreTrial Conference is set for August 29, 2005 at 11:00 a.m.

The Court also stated that the days from today until the day of trial be excluded from the Speedy Trial calculations and the continuance is applicable to co-defendants who are set for trial on July 11th.

( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL
( ) DEFENDANT RELEASED ( ) as previously ordered ( ) see Release Conditions-
                                                                                              next page

Courtroom Deputy: ____