HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant Sean Michael Cole

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05-00039 |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR CONTINUANCE |
| vs. | ) ) | |
| GERARDO ELOY GONZALEZ, JR., et al. | ) ) ) | |
| Defendants. | ) | |

------------

Defendant Sean Michael Cole having moved for an order that the commencement of the trial of this case be continued, and it appearing to the Court that the ends of justice served by granting such a continuance outweigh the best interest of the public and defendant Cole in a speedy trial for the reason that the failure to grant a continuance would deny counsel for defendant Cole the reasonable time necessary for effective preparation, taking into account due diligence, now, therefore,

IT IS ORDERED that the commencement of the trial of this case is continued to August 30, 2005, at 9:00 a.M.

Dated at Hagåtña, Guam, this 1st day of July, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

(Order.SCole)