LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUL - 5 2005
MARY L.M. MORAN
CLERK OF COURT
46

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>GERARDO ELOY GONZALEZ, JR.,<br>JOHN TIMOTHY PERALTA,<br>DEANNA INGRID MORALES<br>a/k/a DEANNA MORALES GUERRERO,<br>SEAN MICHAEL COLE<br>a/k/a SHAWN COLE,<br>GILBERT JOSE MATTA,<br>JESSICA ROSE MESA,<br>LISA MARIE RODRIGUEZ<br>a/k/a LISA RODRIGUEZ-COLE, and<br>ANNETTE JOYCE GONZALEZ<br>a/k/a ANNETTE ROMERO,<br><br>Defendants. | CRIMINAL CASE NO. 05-00039<br><br>**MOTION TO DISMISS INDICTMENT; AND ORDER** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause, as to defendant GERARDO ELOY GONZALEZ, JR., be dismissed, for the reason that the defendant has waived indictment and

//

//

//

//

entered a plea of guilty to an Information on May 31, 2005, under Criminal Case No. 05-00042, which said Information has incorporated similar criminal acts described in the Indictment.

Respectfully submitted this 5th day of July, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: ______________________
MARIVIC P. DAVID
Assistant U.S. Attorney

**APPROVED AND SO ORDERED** this 5th day of July, 2005.

______________________
ROBERT M. TAKASUGI*
Designated Judge
District Court of Guam

*The Honorable Robert M. Takasugi, United States District Court Judge for the Central District of California, sitting by designation

