```
1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez
4  Hagåtña, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334
```

**FILED**
DISTRICT COURT OF GUAM

JUL 11 2005

MARY L.M. MORAN
CLERK OF COURT

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GERARDO ELOY GONZALEZ, JR., <br> JOHN TIMOTHY PERALTA, <br> DEANNA INGRID MORALES <br> a/k/a DEANNA MORALES GUERRERO, <br> SEAN MICHAEL COLE <br> a/k/a SHAWN COLE, <br> GILBERT JOSE MATTA, <br> JESSICA ROSE MESA, <br> LISA MARIE RODRIGUEZ <br> a/k/a LISA RODRIGUEZ-COLE, and <br> ANNETTE JOYCE GONZALEZ <br> a/k/a ANNETTE ROMERO, <br><br> Defendants. | CRIMINAL CASE NO. 04-00048 <br> 05-00039 tc <br><br> **STIPULATION OF PARTIES TO UNSEAL RECORD; AND ORDER** |

The parties in the above-entitled matter, the United States of America, and the defendants, by and through their respective counsel, and moves this Honorable Court for an Order unsealing

//
//
//
//
//

| | |
|---|---|
| 1 | the record in the above-entitled cause, for the reason that the investigation in this case is now |
| 2 | complete and there is no further reason for these proceedings to remain silent. |
| 3 | SO STIPULATED. |

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 7/8/05

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATED: 7/8/05

_____
CYNTHIA V. ECUBE
Attorney for Defendant
Gerardo Eloy Gonzalez, Jr.

DATED: 7-8-05

_____
WILLIAM L. GAVRAS
Attorney for Defendant
John Timothy Peralta

DATED: 7-11-05

_____
SAMUEL S. TEKER
Attorney for Defendant
Deanna Ingrid Morales

DATED: _____

_____
HOWARD TRAPP
Attorney for Defendant
Sean Michael Cole

DATED: 7/8/05

_____
LOUIE J. YANZA
Attorney for Defendant
Gilbert Jose Matta

//
//
//
//
//

DATED: 7/11/11

JOAQUIN C. ARRIOLA, JR.
Attorney for Defendant
Lisa Marie Rodriguez

JESSICA MESA

**IT IS SO ORDERED** that the record be unsealed this 11d day of July, 2005.

ROBERT M. TAKASUGI*
United States District Judge
District Court of Guam

*The Honorable Robert M. Takasugi, United States District Court Judge for the Central District of California, sitting by designation



RECEIVED
JUL 11 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

-3-