| | | | |
|---|---|---|---|
| AO 435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS  TRANSCRIPT ORDER  Read Instructions on Back. | | FOR COURT USE ONLY  DUE DATE: |

| 1. NAME  HOWARD TRAPP INCORPORATED | 2. PHONE NUMBER  (671) 477-7000 | 3. DATE  July 27, 2005 | |
|---|---|---|---|
| 4. MAILING ADDRESS  200 Saylor Building; 139 Chalan Santo Papa | 5. CITY  Hagatna | 6. STATE  Guam | 7. ZIP CODE  96910 |
| 8. CASE NUMBER  CR 05-00039-004 | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | |
| | | 10. FROM | 11. TO |
| 12. CASE NAME  USA vs Sean Michael Cole | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY  Hagatna | 14. STATE  Guam |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING (Spcy) Motion for continuance of trial. | July 1, 2005 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [X] | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| | CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | | ESTIMATE TOTAL | |
| 18. SIGNATURE | *(signature)* | | | PROCESSED BY | |
| 19. DATE | June 27, 2005 | | | PHONE NUMBER | |

FILED  
DISTRICT COURT OF GUAM  
JUL 27 2005  
MARY L.M. MORAN  
CLERK OF COURT  
(53)

| TRANSCRIPT TO BE PREPARED BY | | COURT ADDRESS | |
|---|---|---|---|
| ORDER RECEIVED | DATE 7/27/05  BY Wm | | |
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | |

(Previous editions of this form may also be used)   ORIGINAL - COURT COPY   YELLOW - TRANSCRIPTION COPY   GREEN - ORDER RECEIPT   PINK - ORDER COPY