LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00039 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | Re: March 20, 2006 |
| GERARDO ELOY GONZALEZ, JR., and | ) | United States' Motion to Dismiss Indictment |
| JOHN TIMOTHY PERALTA, | ) | |
| Defendant. | ) | |

The United State's Motion to Dismiss the Indictment in the above cause, filed March 20, 2006, is hereby granted.

**SO ORDERED** this 21st day of March, 2006.

ALEX R. MUNSON*
United States District Judge

---

*The Honorable Alex R. Munson, United States District Judge for the District of the Northern Mariana Islands, sitting by designation.